**Monthly Operating Report**
CASH BASIS

CASE NAME: Crescent Haus Properties LLC

CASE NUMBER: 16-40996

JUDGE:

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

## REGION 6

## MONTHLY OPERATING REPORT

MONTH ENDING: __October__ __2016__
                        MONTH      YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____      Owner_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY                                     TITLE

Christopher Zink                                  11/13/16
PRINTED NAME OF RESPONSIBLE PARTY                                   DATE

PREPARER:

_____      Owner_____
ORIGINAL SIGNATURE OF PREPARER                                                  TITLE

Christopher Zink                                  11/13/16
PRINTED NAME OF PREPARER                                                       DATE

**Monthly Operating Report**
**CASH BASIS-1**

| CASE NAME: | Crescent Haus Properties LLC |
|---|---|
| CASE NUMBER: | 16-40996 |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Sep-16 | MONTH Oct-16 | MONTH Nov-16 | MONTH Dec-16 |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 30,401.84 | $ 29,336.28 | | |
| **RECEIPTS** | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4. LOANS AND ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | |
| 7. WAGES | | | | |
| 8. OTHER (ATTACH LIST) | $ 2,003.00 | 519.96. | | |
| 9. TOTAL RECEIPTS | $ 2,003.00 | | | |
| **DISBURSEMENTS** | | | | |
| 10. NET PAYROLL | | | | |
| 11. PAYROLL TAXES PAID | | | | |
| 12. SALES, USE & OTHER TAXES PAID | | | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | $ 814.15 | | | |
| 16. RENTAL & LEASE PAYMENTS | $ 1,642.58 | $ 1,642.58 | | |
| 17. UTILITIES | $ 159.21 | $ 248.72 | | |
| 18. INSURANCE | $ 452.62 | | | |
| 19. VEHICLE EXPENSES | | | | |
| 20. TRAVEL | | | | |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | | | | |
| 23. SUPPLIES | | | | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS | | | | |
| 28. OTHER (ATTACH LIST) | | | | |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 3,068.56 | | | |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | | | | |
| 31. U.S. TRUSTEE FEES | | $ 325.00 | | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $- | | | |
| 34. TOTAL DISBURSEMENTS | $ 3,068.56 | $ 2,216.30 | | |
| 35. NET CASH FLOW | $ (1,065.56) | $ (519.96) | | |
| 36. CASH - END OF MONTH | $ 29,336.28 | $ 27,639.94 | | |

# Monthly Operating Report
## CASH BASIS-1A
### 2016

**CASE NAME:** Crescent Haus Properties LLC

**CASE NUMBER:** 16-40996

**CASH DISBURSEMENTS DETAIL**  **MONTH:** September

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL CASH DISBURSEMENTS | | $  - |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 2008 | 10/07/16 | Addison Park LTD | remaining office rent | $1,642.58 |
| 2026 | 10/19/16 | Reliant | power bill | $160.40 |
| 2025 | 10/24/16 | City of Dallas | Water | $88.32 |
| 2028 | 10/28/16 | US Trustee | quartly fees | $325.00 |
| | | TOTAL BANK ACCOUNT DISBURSEMENTS | | $ 2,216.30 |

| TOTAL DISBURSEMENTS FOR THE MONTH | $ 2,216.30 |
|---|---|

# Monthly Operating Report
## CASH BASIS-2

**CASE NAME:** Crescent Haus Properties LLC

**CASE NUMBER:** 16-40996

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | TOTAL |
|---|---|---|---|---|
| A. BANK: | | | | |
| B. ACCOUNT NUMBER: | 7302 | | | |
| C. PURPOSE (TYPE): | DIP Acct | savings | savings | |
| 1. BALANCE PER BANK STATEMENT | $ 27,639.94 | | | $ 27,639.94 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | | $ - |
| 3. SUBTRACT: OUTSTANDING CHECKS | | | | $ - |
| 4. OTHER RECONCILING ITEMS | | | | $ - |
| 5. MONTH END BALANCE PER BOOKS | $ 27,639.94 | $ - | $ - | $ 27,639.94 |
| 6. NUMBER OF LAST CHECK WRITTEN | | | | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | $ - |

**CASH**

| 12. CURRENCY ON HAND | $ - |
|---|---|
| **13. TOTAL CASH - END OF MONTH** | **$ 27,639.94** |

**Monthly Operating Report**
**CASH BASIS-3**

| CASE NAME: | Crescent Haus Properties LLC |
|---|---|
| CASE NUMBER: | 16-40996 |

| ASSETS OF THE ESTATE | | | | |
|---|---|---|---|---|
| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE<br>AMOUNT | MONTH<br>October | MONTH<br>November | MONTH<br>December |
| 7121 Schafer St | $ 430,000.00 | $ 430,000.00 | | |
| 2. | | | | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $ 430,000.00 | $ 430,000.00 | | |
| SCHEDULE "B"<br>PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | | | | |
| 2. CHECKING, SAVINGS, ETC. | $ 29,336.28 | $ 27,639.94 | | |
| 3. SECURITY DEPOSITS | | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. EDUCATION | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | |
| 13. STOCKS | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | |
| 16. ACCOUNTS RECEIVABLE | | | | |
| 17. ALIMONY | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | |
| 19. EQUITABLE INTERESTS | | | | |
| 20. CONTINGENT INTERESTS | | | | |
| 21. OTHER CLAIMS | | | | |
| 22. PATENTS & COPYRIGHTS | | | | |
| 23. LICENSES & FRANCHISES | | | | |
| 24. CUSTOMER LISTS | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 26. BOATS & MOTORS | | | | |
| 27. AIRCRAFT | | | | |
| 28. OFFICE EQUIPMENT | $ 3,000.00 | $ 3,000.00 | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 30. INVENTORY | | | | |
| 31. ANIMALS | | | | |
| 32. CROPS | | | | |
| 33. FARMING EQUIPMENT | | | | |
| 34. FARM SUPPLIES | | | | |
| 35. OTHER (ATTACH LIST) | | | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $ 32,336.28 | $ 30,639.94 | $ - | $ - |
| 37. TOTAL ASSETS | $ 462,336.28 | $ 460,639.94 | $ - | $ - |

# Monthly Operating Report
### CASH BASIS-4

**CASE NAME:** Crescent Haus Properties LLC

**CASE NUMBER:** 16-40996

**MONTH:** October

## LIABILITIES OF THE ESTATE

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | | |
| 2. PRIORITY | | |
| 3. UNSECURED | | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $ - | $ - |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $ - | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $ - | | $ - |

**Monthly Operating Report**
**CASH BASIS-4A**

CASE NAME: Crescent Haus Properties LLC
CASE NUMBER: 16-40996

MONTH: October

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0 - 30 | | | | |
| 2. 31 - 60 | | | | |
| 3. 61 - 90 | | | | |
| 4. 91 + | | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ - | $ - | $ - | $ - |

| AGING OF POSTPETITION TAXES AND PAYABLES TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| 1. FEDERAL | | | | $ - |
| 2. STATE | | | | $ - |
| 3. LOCAL | | | | $ - |
| 4. OTHER (ATTACH LIST) | | | | $ - |
| 5. TOTAL TAXES PAYABLE | $ - | $ - | $ - | $ - |
| 6. ACCOUNTS PAYABLE | | | | $ - |

| STATUS OF POSTPETITION TAXES FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING | | | | $ - |
| 2. FICA-EMPLOYEE | | | | $ - |
| 3. FICA-EMPLOYER | | | | $ - |
| 4. UNEMPLOYMENT | | | | $ - |
| 5. INCOME | | | | $ - |
| 6. OTHER (ATTACH LIST) | | | | $ - |
| 7. TOTAL FEDERAL TAXES | $ - | $ - | $ - | $ - |
| STATE AND LOCAL | | | | $ - |
| 8. WITHHOLDING | | | | $ - |
| 9. SALES | | | | $ - |
| 10. EXCISE | | | | $ - |
| 11. UNEMPLOYMENT | | | | $ - |
| 12. REAL PROPERTY | | | | $ - |
| 13. PERSONAL PROPERTY | | | | $ - |
| 14. OTHER (ATTACH LIST) | | | | $ - |
| 15. TOTAL STATE & LOCAL | $ - | $ - | $ - | $ - |
| 16. TOTAL TAXES | $ - | $ - | $ - | $ - |

**Monthly Operating Report**
**CASH BASIS-5**

**CASE NAME:** Crescent Haus Properties LLC
**CASE NUMBER:** 16-40996

**MONTH:** October

## PAYMENTS TO INSIDERS AND PROFESSIONALS

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $ - | $ - |

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ - | $ - | $ - |

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ - | $ - | $ - |

**Monthly Operating Report**
**CASH BASIS-6**

**2016**

| CASE NAME: | Crescent Haus Properties LLC |
|---|---|
| CASE NUMBER: | 16-40996 |

MONTH: _____October_____

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | NO |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | NO |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | NO |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | NO |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | NO |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | NO |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | NO |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | YES | |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | NO |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | YES | |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | NO |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | NO |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | | n/a |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

# Capital One Bank

## MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CRESCENT HAUS PROPERTIES, LLC DEBTOR IN
POSSESSION EASTERN DISTRICT OF TEXAS
CASE# 16-40996
5523 INVERRARY CT
DALLAS TX  75287

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD   OCTOBER 01, 2016 - OCTOBER 31, 2016

**Commercial Checking**                                                                      CRESCENT HAUS PROPERTIES, LLC DEBTOR IN

| | | | |
|---|---|---|---|
| Previous Balance 09/30/16 | $29,336.28 | Number of Days in Cycle | 31 |
| 1 Deposits/Credits | $519.96 | Minimum Balance This Cycle | $27,444.98 |
| 4 Checks/Debits | ($2,216.30) | Average Collected Balance | $27,896.49 |
| Service Charges | $0.00 | | |
| Ending Balance 10/31/16 | $27,639.94 | | |

## ACCOUNT DETAIL    FOR PERIOD   OCTOBER 01, 2016 - OCTOBER 31, 2016

**Commercial Checking**                                                                      CRESCENT HAUS PROPERTIES, LLC DEBTOR IN

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 10/07 | Check    2008 | | $1,642.58 | $27,693.70 |
| 10/19 | Check    2026 | | $160.40 | $27,533.30 |
| 10/24 | Check    2025 | | $88.32 | $27,444.98 |
| 10/28 | Customer Deposit | $519.96 | | $27,964.94 |
| 10/28 | Check    2028 | | $325.00 | $27,639.94 |
| **Total** | | **$519.96** | **$2,216.30** | |

**Commercial Checking**                                                                      CRESCENT HAUS PROPERTIES, LLC DEBTOR IN

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2008 | 10/07 | $1,642.58 | 2026 | 10/19 | $160.40 | 2028* | 10/28 | $325.00 |
| 2025* | 10/24 | $88.32 | | | | | | |

Thank you for banking with us.                                                    PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER FDIC  EQUAL HOUSING LENDER

## An Important Message to Our Clients

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



# Check Image

| | |
|---|---|
| **Account** | Checking Account...7302 |
| **Check Number** | 2028 |
| **Posted Date** | 10/28/2016 |
| **Check Amount** | $325.00 |

```
Crescent Haus Properties LLC          2028
Debtor in Possession 16-40996         88-101/1119
5523 Inverrary Ct
Dallas, TX 75287
                              10/24/16
                                 Date

Pay to the
Order of  US Trustee              $ 325.—

Three hundred twenty five dollars      Dollars

Capital One Bank
                              Operating Account
For Act # 4041640996
```

>0410-3601-7<
US TREAS DG-ECP
20161028



# Check Image

| | |
|---|---|
| **Account** | Checking Account...7302 |
| **Check Number** | 2025 |
| **Posted Date** | 10/24/2016 |
| **Check Amount** | $88.32 |





# Check Image

| | |
|---|---|
| **Account** | Checking Account...7302 |
| **Check Number** | 2026 |
| **Posted Date** | 10/19/2016 |
| **Check Amount** | $160.40 |





# Check Image

| | |
|---|---|
| **Account** | Checking Account...7302 |
| **Check Number** | 2008 |
| **Posted Date** | 10/07/2016 |
| **Check Amount** | $1642.58 |



Crescent Haus Properties LLC
Debtor in Possession 16-40996
5523 Inverrary Ct
Dallas, TX 75287

2008
88-101/1119

Date: 10/2/16

Pay to the Order of: Adelman Park Ltd

$ 1642.58

Sixteen hundred forty two dollars & 58/100 Dollars

Capital One Bank

For: Suite 428

Operating Account



For Deposit Only